IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., <br><br> Plaintiff, <br><br> v. <br><br> XIRGO TECHNOLOGIES, LLC. <br><br> Defendant. | Civil Action No. 1:19-cv-1145-MN |

**JOINT MOTION TO EXTEND STAY OF ALL DEADLINES**

Plaintiff Sisvel International S.A. ("Sisvel") and Defendant Xirgo Technologies, LLC ("Xirgo") hereby submit this Joint Motion to Extend Stay of All Deadlines and respectfully submit to the Court that the parties are engaged in active settlement discussions and believe that staying the case will assist the parties in reaching settlement agreement.

WHEREFORE, Sisvel and Xirgo respectfully ask the Court to grant this Joint Motion to Extend Stay of All Deadlines and enter an Order granting a temporary stay of all deadlines until March 1, 2021.

Dated: December 24, 2020

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs SISVEL INTERNATIONAL S.A.*

/s/ Kenneth L. Korsney
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

Of Counsel:
Steven Sereboff
ssereboff@socalip.com

2

| | |
|---|---|
| *3G LICENSING S.A.* | Michael D. Harris<br>mharris@socalip.com<br>SOCAL IP LAW GROUP LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362-3788<br>(805) 230-1350<br><br>*Attorneys for Defendant, Xirgo Technologies, LLC* |

SO ORDERED this _____ day of _____, 2020.

_____
United States Magistrate Judge