# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATI NAL S.A. and<br>3G LICENSING S.A.,<br><br>                Plaintiffs,<br><br>  v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>                Defendant. | C.A. No. 1:19-cv-1143-MN<br><br>JURY TRIAL DEMANDED |
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>                Plaintiffs,<br><br>  v.<br><br>VERIFONE, INC.,<br><br>                Defendant. | C.A. No. 1:19-cv-1144-MN<br><br>JURY TRIAL DEMANDED |
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>                Plaintiffs,<br><br>  v.<br><br>XIRGO TECHNOLOGIES, LLC,<br><br>                Defendant. | C.A. No. 1:19-cv-1145-MN<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT ON THE STATUS OF THE ASSERTED PATENTS
FOLLOWING *INTER PARTES* REVIEWS AND APPEALS**

The Parties submit this Joint Status Report pursuant to the Court's Stipulation and Order to Stay Pending *Inter Partes* Review (D.I. 68, 19-cv-1143; D.I. 66, 19-cv-1144; D.I. 49, 19-cv-1145) ordering an update within 30 days of the conclusion of all appeal efforts.

The Federal Circuit appeal for U.S. Patent No. 6,529,561 (Case No. 22-1493) issued on October 6, 2023. That decision remanded the case back to the Patent and Trademark Appeal Board ("PTAB") for additional findings. The PTAB issued its second final written decision pursuant to the remand order on May 28, 2024, and no further appeal has been taken up. There are no further matters for the PTAB or Federal Circuit to resolve for the patents asserted in this case.

As a result of the IPRs, U.S. Patent Nos. 7,443,698, 8,364,196 and 8,879,503 were found unpatentable over the asserted prior art. For U.S. Patent Nos. 6,529,561 and 7,894,443 the PTAB found that some of the claims were patentable. The PTAB did not institute review of U.S. Patent No. 7,751,803.

The Parties are evaluating the cases now that the appeals of the PTAB's decisions for patents in this case have all ended, and respectfully request an additional week to provide the Court with a more fulsome update and recommendations on how the different cases should proceed so that they may confer with their clients and with each other as necessary.

Dated: August 30, 2024

| DEVLIN LAW FIRM LLC | K&L GATES LLP |
|---|---|
| */s/ Timothy Devlin* | */s/ Matthew B. Goeller* |
| Timothy Devlin (No. 4241) | Steven L. Caponi (No. 3484) |
| 1526 Gilpin Avenue | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19806 | 600 N. King Street, Suite 901 |
| Telephone: (302) 449-9010 | Wilmington, DE 19801 |
| tdevlin@devlinlawfirm.com | (302) 416-7000 |

| | |
|---|---|
| *Attorneys for Plaintiffs Sisvel International S.A.* and *3G Licensing S.A.* | steven.caponi@klgates.com<br>matthew.goeller@klgates.com<br><br>Jeffrey R. Gargano (*pro hac vice*)<br>K&L GATES LLP<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>(312) 781-7166<br>jeffrey.gargano@klgates.com<br><br>Erik J. Halverson (*pro hac vice*)<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, IL 94111<br>(415) 882-8238<br>erik.halverson@klgates.com<br><br>Christopher Centurelli (*pro hac vice*)<br>David A. Simons (*pro hac vice*)<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3276<br>christopher.centurelli@klgates.com<br>dsimons@klgates.com<br><br>Anna Shabalov (*pro hac vice*)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>(412) 355-8966<br>anna.shabalov@klgates.com<br><br>*Attorneys for Defendant Honeywell International, Inc.* |

| POTTER ANDERSON & CORROON LLP | DLA PIPER LLP (US) |
|---|---|
| */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> 1313 N. Market Street <br> Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br><br> *Attorneys for Defendant VeriFone, Inc.* | */s/ Brian A. Biggs* <br> Brian A. Biggs (No. 5591) <br> Erin E. Larson (No. 6616) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801-1147 <br> (302) 468-5700 <br> brian.biggs@dlapiper.com <br> erin.larson@dlapiper.com <br><br> *Attorneys for Defendant Xirgo Technologies, LLC* |
| OF COUNSEL: <br><br> Carolyn Chang (*pro hac vice*) <br> Hector J. Ribera (*pro hac vice*) <br> Ryan J. Marton (*pro hac vice*) <br> MARTON RIBERA SCHUMANN CHANG LLP <br> 548 Market Street, Suite 36117 <br> San Francisco, CA 94104 <br> (415) 360-2514 <br> carolyn@martonribera.com <br> hector@martonribera.com <br> ryan@martonribera.com | OF COUNSEL: <br><br> John Guaragna (*pro hac vice*) <br> Brian Erickson (*pro hac vice*) <br> DLA PIPER LLP (US) <br> 303 Colorado Street, Suite 3000 <br> Austin, TX 78701-4563 <br> (512) 457-7000 <br> john.guaragna@us.dlapiper.com <br> brian.erickson@us.dlapiper.com <br><br> Ahimsa Hodari (*pro hac vice*) <br> DLA PIPER LLP (US) <br> 845 Texas Avenue, Suite 3800 <br> Houston, TX 77002 <br> (713) 425-8486 <br> ahimsa.hodari@us.dlapiper.com |